UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              CASE NO. 2:21-CR-20026-001

GERARDO LUJAN-VALENZUELA                                                         DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 19) entered in this case and accepts Defendant's plea of guilty to Count 1 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 2nd day of September, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE